# INDEX OF EXHIBITS

| Exhibit No. | Description |
|---|---|
| 1 | 2009 PHEAA Contract |
| 2 | Master Promissory Note dated June 15, 2009<br>Federal Direct Stafford/Ford Loan |
| 3 | Master Promissory Note dated August 20, 2010<br>Federal Direct Stafford/Ford Loan |
| 4 | Master Promissory Note dated June 15, 2009<br>Federal Direct PLUS Loan |