Brownstein Hyatt Farber Schreck, LLP
Jonathan C. Sandler (State Bar No. 227532)
jsandler@bhfs.com
2049 Century Park East
Suite 3550
Los Angeles, CA 90067
Telephone: 310.500.4600
Facsimile: 310.500.4602

Attorneys for Defendant
NELNET SERVICING, LLC [ERRONEOUSLY SERVED AS NELNET, INC.]

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2049 Century Park East, Suite 3550
Los Angeles, CA 90067

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

LISA WINEBARGER, on behalf of herself and all others similarly situated,

Plaintiff,

v.

PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY and NELNET, INC.,

Defendants.

Case No. 2:19-CV-01503-JFW (RAOx)

**DECLARATION OF JONATHAN C. SANDLER IN SUPPORT OF DEFENDANT [NELNET SERVICING, LLC'S ERRONEOUSLY SUED AND SERVED AS] NELNET, INC.'S MOTION TO DISMISS COMPLAINT PURSUANT TO F.R.C.P. 12(b)(1) and 12 (b)(6)**

[*Filed concurrently with the Notice of Motion to Dismiss pursuant to F.R.C.P. 12(b)(6); Memorandum of Points and Authorities ISO Motion to Dismiss and [Proposed] Order*]

Date: July 15, 2019
Time: 1:30 p.m.
Ctrm: 7A
Judge: Hon. John F. Walter

I, Jonathan C. Sandler, declare as follows:

1. I am a shareholder at the law firm of Brownstein Hyatt Farber Schreck, LLP, attorneys of record for Defendant NELNET SERVICING, (“Nelnet" and/or “Defendant”), which I am informed and believe was erroneously named as Nelnet, Inc. I am licensed to practice law in the state of California and am admitted to practice before the U.S. District Court for the Central District of California. I have

personal knowledge of the facts in this declaration, except as to those matters that are based on information and belief, which matters I believe to be true. If called as a witness, I could testify competently to these facts. I make this declaration in support of Defendant's Motion to Dismiss.

2. On April 18, 2019, I spoke with the counsel for Plaintiff Lisa Winebarger. During the conversation, we discussed that Nelnet believed that there were multiple fatal flaws to the Complaint and that if Plaintiff did not agree to amend, Nelnet intended to file a Motion to Dismiss pursuant to Rule 12(b)(1) and Rule 12(b)(6) Counts I, II, III, IV, and VI of the Complaint with prejudice. No agreements were reached.

3. I am informed and believe that attached hereto as Exhibit A is a true and correct copy of one of Plaintiff's Mater Promissory Notes for her Direct Student Loans with confidential information redacted.

4. I am informed and believe that attached hereto as Exhibit B is a true and correct copy of Nelnet Servicing, LLC's 2009 servicing contract with the Department Of Education.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the 26 day of April, 2019 at Los Angeles, California.

JONATHAN C. SANDLER

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2049 Century Park East, Suite 3550
Los Angeles, CA 90067