BROWNSTEIN HYATT FARBER SCHRECK, LLP
2049 Century Park East, Suite 3550
Los Angeles, CA 90067

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LISA WINEBARGER, on Behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY and NELNET, INC.,<br><br>Defendants. | Case No. 2:19-CV-01503-JFW (RAOx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NELNET SERVICING, LLC's [Erroneously served and sued as Nelnet, Inc.] MOTION TO DISMISS COMPLAINT PURSUANT TO F.R.C.P. 12(b)(1) and 12 (b)(6)**<br><br>Date: July 15, 2019<br>Time: 1:30 p.m.<br>Ctrm: 7A<br>Judge: Hon. John F. Walter |

Defendant NELNET SERVICING, LLC'S ("Defendant"), erroneously named as Nelnet, Inc., Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) came before the Court for hearing on July 15, 2019 upon duly noticed motion.

IT IS HEREBY ORDERED, pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure that Defendant's Motion to Dismiss is granted, and that Counts I, II, III, IV, and VI of Plaintiff’s Complaint are hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: ____________________, 2019

______________________________
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2049 Century Park East, Suite 3550
Los Angeles, CA 90067