**Pierce Bainbridge Beck Price & Hecht LLP**
Thomas D. Warren (SBN 160921)
Janine Cohen (SBN 203881)
355 S. Grand Ave., 44th Floor
Los Angeles, California 90071
Tel: (213) 262-9333
twarren@piercebainbridge.com
jcohen@piercebainbridge.com

Jonathan A. Sorkowitz (admitted *pro hac vice*)
277 Park Ave., 45th Floor
New York, New York 10172
Tel: (212) 484-9866
jsorkowitz@piercebainbridge.com

*Attorneys for Plaintiff and for the proposed Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISA WINEBARGER, JENISE OVERMIER,** and **PETER GANNON,** on behalf of themselves and all others similarly situated**,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, NELNET SERVICING, LLC,** and **NELNET, INC.**<br><br>    Defendants. | Case No. 19-cv-01503-JFW-RAO<br>Hon. John F. Walter<br><br>**PLAINTIFFS LISA WINEBARGER, JENISE OVERMIER, and PETER GANNON'S NOTICE OF APPEAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiffs Lisa Winebarger, Jenise Overmier, and Peter Gannon, on behalf of themselves and all others similarly situated, appeal to the United States Court of Appeals for the Ninth Circuit from the dismissal order entered by the District Court on August 21, 2019 (ECF No. 74), and from all other orders and rulings of the Court that were adverse to Plaintiffs. A Representation Statement is included herein.

Dated: September 20, 2019

Respectfully submitted,

**Pierce Bainbridge Beck Price & Hecht LLP**

By:  /s/ Jonathan A. Sorkowitz
Thomas D. Warren (SBN 160921)
Janine Cohen (SBN 203881)
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 262-9333
twarren@piercebainbridge.com
jcohen@piercebainbridge.com

Jonathan A. Sorkowitz (*pro hac vice*)
277 Park Avenue, 45th Floor
New York, New York 10172
Telephone: (212) 484-9866
jsorkowitz@piercebainbridge.com

*Attorneys for Plaintiffs and for the proposed Class*

**REPRESENTATION STATEMENT (NINTH CIR. R. 3-2)**

Pursuant to Ninth Circuit Rule 3-2(b) and Federal Rule of Appellate Procedure 12(b), Plaintiffs Plaintiffs Lisa Winebarger, Jenise Overmier, and Peter Gannon, on behalf of themselves and all others similarly situated (collectively "Plaintiffs") hereby attach this Representation Statement to its Notice of Appeal.

**Plaintiffs are represented by:**

Thomas D. Warren (SBN 160921)
Janine Cohen (SBN 203881)
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 262-9333
Fax: (213) 279-2008
twarren@piercebainbridge.com
jcohen@piercebainbridge.com

Jonathan A. Sorkowitz (*pro hac vice*)
277 Park Avenue, 45th Floor
New York, New York 10172
Telephone: (212) 484-9866
Fax: (646) 968-4125
jsorkowitz@piercebainbridge.com

**Defendant Pennsylvania Higher Education Assistance Agency is represented by:**

Mark Samuel Kokanovich (SBN 230286)
Ballard Spahr LLP
1 East Washington Street Suite 2300
Phoenix, AZ 85004-2555
Telephone: (602) 798-5400
Fax: (602) 798-5595
kokanovichm@ballardspahr.com

| | |
|---|---|
| 1 | John C. Grugan (*pro hac vice*) |
| 2 | Thomas F. Burke (*pro hac vice*) |
| | Ballard Spahr LLP |
| 3 | 1735 Market Street 51st Floor |
| 4 | Philadelphia, PA 19103 |
| | Telephone: (215) 665-8500 |
| 5 | Fax: (215) 864-8999 |
| 6 | gruganj@ballardspahr.com |
| | burket@ballardspahr.com |
| 7 | |
| 8 | **Defendants Nelnet, Inc. and Nelnet Servicing, LLC are represented by:** |
| 9 | |
| 10 | Jonathan Charles Sandler (SBN 227532) |
| 11 | Brownstein Hyatt Farber Schreck LLP |
| | 2049 Century Park East Suite 3550 |
| 12 | Los Angeles, CA 90067-3007 |
| 13 | Telephone: (310) 500-4600 |
| | Fax: (310) 500-4602 |
| 14 | jsandler@bhfs.com |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**Certificate of Service**